No. 248. LITCHFIELD & MADISON RY. Co. *v.* GIESEKING. October 9, 1939. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Samuel H. Liberman* and *T. M. Pierce* for petitioner. *Mr. Louis E. Miller* for respondent.

No. 254. MERRITT, RECEIVER, ET AL. *v.* MT. FOREST FUR FARMS. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. William Wilson Brashear* for petitioners. *Messrs. Ross W. Shumaker* and *Robert S. Marx* for respondent.

No. 258. COULTER, TRUSTEE, *v.* BLIEDEN, TRUSTEE, ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Edward H. Coulter* and *Kenneth W. Coulter* for petitioner. *Mr. Arthur L. Adams* for respondents.

No. 259. HINSHAW, ADMINISTRATRIX, *v.* NEW ENGLAND MUTUAL LIFE INSURANCE Co.; and
No. 260. SAME *v.* MASSACHUSETTS MUTUAL LIFE INSURANCE Co. October 9, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Ira B. Burns* for petitioner. *Mr. Samuel W. Sawyer* for respondent in No. 259; and *Mr. Edgar Shook* for respondent in No. 260. Reported below: 104 F. 2d 45.

No. 261. PRUDENTIAL INSURANCE Co. *v.* NELSON, TRUSTEE IN BANKRUPTCY. October 9, 1939. Petition for